**WARD et al. v. HELIS.**

No. 8725.

Circuit Court of Appeals, Fifth Circuit.

April 26, 1939.

For prior opinion, see 102 F.2d 519.

Wm. N. Bonner, of Houston, Tex., W. D. Gordon, of Beaumont, Tex., and Andrew R. Martinez, of New Orleans, La., for appellants.

Lloyd J. Cobb and Morris Wright, both of New Orleans, La., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The court below will enter judgment for the appellants for their respective interests in the balance due under the contract, the same being $100,000, with legal interest. This interest shall be computed on $50,000 of the $100,000 from May 13, 1935, the day it became due. Interest on the remaining $50,000, which became due and payable from the proceeds derived from oil produced on the lease, shall be computed from the time a sufficient amount of oil was produced to pay this sum. The opinion is corrected in this regard. Since neither of the judges who concurred in the opinion desire a rehearing, the motion therefor is denied.

SIBLEY, Circuit Judge, dissents.